## THE BUCKHANNON.

(District Court, S. D. Florida. July 24, 1922.)

1. Maritime liens ⚖═8—Advances made on credit of ship.

    A general ship's agent is entitled to a lien for advances made of a character to create a maritime lien, where made under a contract clearly stating that the credit of the ship is relied on, and not the credit of the owner.

2. Admiralty ⚖═65—Application to amend libel of intervention after exceptions sustained too late.

    An application to amend a libel of intervention, to which exceptions were sustained, will be denied, where not made until after final hearing, of which intervener had notice.

In Admiralty. Suit by McGiffin & Co. against the steamship Buckhannon, in which the Job Shipping Corporation intervened; the United States contesting such intervention. Decree for intervener.

E. J. L'Engle, of Jacksonville, Fla., for intervener.

W. F. Rogers, U. S. Atty., of Jacksonville, Fla., for the United States.

CALL, District Judge. [1] A general ship's agent is presumed to rely upon the credit of the owner, and not upon the credit of the ship. But the contract of the Job Shipping Corporation is different from that of a general agent, in that it distinctly declares that the advances are not to be made upon the credit of the owner. The intention to rely upon the ship as security is definitely and clearly stated, and rebuts any presumption that might otherwise arise of credit to the owner. The advances were of a character to create a maritime lien. More than the amount remaining in the registry of the court is due for seamen's wages.

[2] I am of opinion that this proven claim is entitled to priority over the unascertained liability of Higgins & Co. Moreover, due diligence was not displayed by Higgins & Co. in amending their libel of intervention after exceptions had been sustained. They were given notice of the final hearing, and not until after the hearing was had did they make application to amend. Under these circumstances, the application to amend will be denied.

A decree may therefore be prepared, ordering the application of the funds remaining in the registry of the court to the payment of the amount due the Job Shipping Corporation.

⚖═For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes